Allison M. Brown
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4757
Alli.Brown@kirkland.com

Geoffrey M. Wyatt
(admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 389-3393
Geoffrey.Wyatt@kirkland.com

Abigail Hazlett
(admitted *pro hac vice*)
Michael A. Schwartz
(admitted *pro hac vice*)
Brian Nichilo
**TROUTMAN PEPPER**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
Abigail.Hazlett@troutman.com
Michael.Schwartz@troutman.com
Brian.Nichilo@troutman.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA PENELOW and CHRISTINE BRANCACCIO,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN PRODUCTS, LP,<br><br>Defendant. | Case No. 12-7758 (ZNQ)(JBD)<br><br>**NOTICE OF APPEAL**<br><br>Hon. Zahid N. Quraishi |

Notice is given that Defendant Janssen Products, LP, pursuant to 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Third Circuit

1

from the final judgment, ECF 498, entered on March 28, 2025, and all adverse orders, rulings, findings, stipulations, and conclusions merged in the judgment.

Dated: April 25, 2025                          Respectfully submitted,

/s/ Allison M. Brown
Allison M. Brown
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4757
Alli.Brown@kirkland.com

Geoffrey M. Wyatt
(admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 389-3393
Geoffrey.Wyatt@kirkland.com

Abigail Hazlett
(admitted *pro hac vice*)
Michael A. Schwartz
(admitted *pro hac vice*)
Brian Nichilo
**TROUTMAN PEPPER**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
Abigail.Hazlett@troutman.com
Michael.Schwartz@troutman.com
Brian.Nichilo@troutman.com

*Attorneys for Defendant*

2

# CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Notice of Appeal was served by the undersigned this 25th day of April, 2025 via ECF on all counsel of record.

Dated: April 25, 2025                         Respectfully submitted,

/s/ Allison M. Brown
Allison M. Brown
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4757
Alli.Brown@kirkland.com
*Attorney for Defendants*