# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>AUDIO/VIDEO SUBMSSION</u>

The parties must use this form to identify all audio and video files included with an appendix. Prior to submitting any files, the parties must open and play each file in Windows Media Player or VLC Media Player.

Case Number(s): 25-1818

Case Caption: United States, et al., ex rel. Penelow, et al. v. Janssen Products, LP

Party Filer: [✓] Appellant/Petitioner  [ ] Appellee/Respondent  [ ] Amicus/Intervenor

Type of medium: [✓] USB Flash Drive  [ ] CD  [ ] DVD

Contents/numbers of medium:
- ___ Video(s) with audio track
- ___ Video(s) with no audio track
- 1 Audio file(s)
- 7 files in other formats

| File Name | Format of File | Purpose of File |
|---|---|---|
| RX-0376 Native.xlsx | .xlsx | JA - MedforceSpreadsheet: Speaker Expenses & Event Data HIV 2010-2014 |
| RX-0378 - Native JANSSEN_PI_01482752.xlsx | .xlsx | JA - MedforceSpreadsheet: 2010-2014 Full Attendee List |
| RX-0487 - Native_BIOSCRIP 000001.xlsx | .xslx | JA - Spreadsheet produced by Bioscrip, Copy of Intelence Data Pull - All Systems REDACTED |
| RX-1003 - Native WALGREENS 000001 [DO NOT PRINT].xlsx | .xlsx | JA - Spreadsheet produced by Walgreens: Copy of Intelence 2008-2014 (003) |
| RX-1480 - Native (folder) | .sas, .dat, .fts, .txt | JA - CMS claims data and associated lookup tables and documentation |
| RX-1704 - Native_JANSSENREL 003263_Entire Audio.mp3 | .mp3 | JA - Audio Recording re: N. Bartnett and G. Turett |
| DX-5005 - Native.xls | .xlsx | JA - ADAP Data |
| DX-5007 - Native.accdb | .accdb | JA - Call Notes |
| | | |
| | | |

(*Use additional page if needed*)

I, the undersigned, hereby certify that the selected medium consists of the listed digital files; that each file was scanned and found to contain no known viruses; that each file opens and plays in Windows Media Player or VLC Media Player; and that each file is either an original exhibit or part of the record, an exact copy of an original exhibit or part of the record, or an exhibit or part of the record that was converted from its original form pursuant to the agreement of the parties to resolve compatibility issues and I agree this conversion did not materially alter content of the exhibit.

Name of counsel or litigant (please print):
Mark W. Mosier

Signature of counsel or litigant:
/s/ Mark W. Mosier