UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1818**

United States ex. rel. Jessica Penelow v. Janssen Products, L.P.

To:   Clerk

1)   Unopposed Motion by United States of America to Intervene and Modify Briefing Schedule

---

The foregoing motion is referred to a motions panel. Further briefing is stayed pending disposition of the motion.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: August 13, 2025
Amr/cc: All counsel of record