UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-139

No. <u>25-1818</u>

JESSICA PENELOW, et al

v.

JANSSEN PRODUCTS L.P.,
Appellant

(D.N.J. No. 3:12-cv-07758)

Present: CHUNG, <u>Circuit Judge</u>

1. Unopposed Motion by United States of America to Intervene and Modify Briefing Schedule.

        Respectfully,
        Clerk/amr

_____ORDER_____
The foregoing is GRANTED. The United States is permitted to file as an intervenor in support of the appellees and as amicus supporting neither party. The intervenor's brief is due August 27, 2025, the Appellee's response brief is due September 17, 2025, and the Appellant's reply brief is due October 27, 2025.

        By the Court,

        <u>s/Cindy K. Chung</u>
        Circuit Judge

Dated: August 22, 2025
Amr/Cc: All counsel of record