No. 25-1818

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA EX REL. JESSICA PENELOW
AND CHRISTINE BRANCACCIO, ET AL.,

*Plaintiffs-Appellees*,

AND

UNITED STATES OF AMERICA,

*Intervenor-Appellee*,

v.

JANSSEN PRODUCTS, LP,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the District of New Jersey, No. 3:12-cv-07758-ZNQ-JBD,
Hon. Zahid N. Quraishi

## MOTION FOR LEAVE TO FILE
## PLAINTIFFS-APPELLEES SUPPLEMENTAL APPENDIX

| | |
|---|---|
| Peter D. Marketos | David C. Frederick |
| Joshua M. Russ | Ariela M. Migdal |
| Andrew O. Wirmani | Kyle B. Grigel |
| Adam C. Sanderson | KELLOGG, HANSEN, TODD, |
| Whitney L. Wendel |   FIGEL & FREDERICK, P.L.L.C. |
| REESE MARKETOS LLP | 1615 M Street, N.W., Suite 400 |
| 750 N. St. Paul Street, Suite 600 | Washington, D.C. 20036 |
| Dallas, Texas 75201 | (202) 326-7900 |
| (214) 382-9810 | dfrederick@kellogghansen.com |
| pete.marketos@rm-firm.com | |

*Counsel for Appellees*

September 17, 2025

*(additional counsel listed on inside cover)*

Sherrie R. Savett
Joy P. Clairmont
Michael T. Fantini
William H. Ellerbe
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
ssavett@bergermontague.com
jclairmont@bergermontague.com
mfantini@bergermontague.com
wellerbe@bergermontague.com

*Counsel for Appellees*

**REQUESTED RELIEF**

Plaintiffs-Appellees, by counsel, respectfully move for leave to file the enclosed Supplemental Appendix. *See* Fed. R. App. P. 27, 30; 3d Cir. L.A.R. 30.

**GROUNDS FOR CONSENT MOTION**

1. The Supplemental Appendix contains stamped versions of five documents that Plaintiffs-Appellees introduced as exhibits at trial: RX-091, RX-128, RX-275, RX-360, and RX-1776.

2. Plaintiffs-Appellees cite each of those documents in their brief and consider them important to this Court's understanding of the case. Plaintiffs-Appellees first became aware of their importance to this appeal while responding to Defendant-Appellant's brief. That occurred after the Joint Appendix had already been filed.

3. To Plaintiffs-Appellees' knowledge, these documents are not publicly available and are not easily accessible through CM-ECF. While the Joint Appendix contains a version of two documents, RX-275 and RX-360, it does not contain the versions the jury saw.[1] Plaintiffs-Appellees cite to portions of this material not contained in the Joint Appendix.

---

[1] Specifically, the Joint Appendix version of RX-275 (Appx2634) omits presenter comments. The Joint Appendix version of RX-360 (Appx2864) contains additional redactions.

4. Given these limitations, Plaintiffs-Appellees contend this Supplemental Appendix is the simplest means of presenting these documents to the Court.

5. The Court has allowed other appellees to "file[ ] a supplemental appendix," while cautioning that the supplemental appendix should not "contain[ ] documents that are duplicative of materials" contained in other appendices. *Butler v. Liberty Mut.*, 655 F. App'x 138, 140 n.2 (3d Cir. 2016) (per curiam). The documents contained in the Supplemental Appendix are not duplicative.

6. Plaintiffs-Appellees have conferred with Defendant-Appellant's counsel. They have indicated they do not oppose a motion to file a Supplemental Appendix containing exhibits RX-091, RX-128, and RX-1776. At the time of filing this motion, they have not yet indicated whether they would similarly not oppose the inclusion of RX-275 and RX-360.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellees respectfully request that this Court grant them leave to file the enclosed Supplemental Appendix.

<div style="display: flex;">

<div style="flex: 1;">

Dated: September 17, 2025

Peter D. Marketos
Joshua M. Russ
Andrew O. Wirmani
Adam C. Sanderson
Whitney L. Wendel
REESE MARKETOS LLP
750 N. St. Paul Street, Suite 600
Dallas, Texas 75201
(214) 382-9810
pete.marketos@rm-firm.com
josh.russ@rm-firm.com
andrew.wirmani@rm-firm.com
adam.sanderson@rm-firm.com
whitney.wendel@rm-firm.com

Sherrie R. Savett
Joy P. Clairmont
Michael T. Fantini
William H. Ellerbe
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
ssavett@bergermontague.com
jclairmont@bergermontague.com
mfantini@bergermontague.com
wellerbe@bergermontague.com

</div>

<div style="flex: 1;">

Respectfully submitted,

/s/ *David C. Frederick*

David C. Frederick
Ariela M. Migdal
Kyle B. Grigel
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dfrederick@kellogghansen.com
amigdal@kellogghansen.com
kgrigel@kellogghansen.com

</div>

</div>

*Counsel for Appellees*

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 319 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.  As permitted by Federal Rule of Appellate Procedure 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

3. In addition, pursuant to Third Circuit L.A.R. 31.1(c), the undersigned hereby certifies that a virus detection program (CrowdStrike) has been run on the electronic file, and that no virus was detected.

Dated:  September 17, 2025　　　　　　　　*/s/ David C. Frederick*
　　　　　　　　　　　　　　　　　　　　David C. Frederick

## CERTIFICATE OF FILING AND SERVICE

The undersigned hereby certifies that, on September 17, 2025, I caused an electronic copy of the foregoing to be electronically filed with the United States Court of Appeals for the Third Circuit using the CM/ECF system, which automatically will send notification of such filing to counsel of record.

*/s/ David C. Frederick*
David C. Frederick

## CERTIFICATE OF BAR MEMBERSHIP

Pursuant to Third Circuit L.A.R. 28.3(d) and 46.1, I, David C. Frederick, hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated: September 17, 2025　　　　　　　*/s/ David C. Frederick*
　　　　　　　　　　　　　　　　　　　David C. Frederick