UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

XCO-004

No. 25-1818

UNITED STATES OF AMERICA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA; STATE OF LOUISIANA; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF MONTANA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW NEW YORK; STATE OF NORTH CAROLINA; STATE OF OKLAHOMA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON; and DISTRICT OF COLUMBIA
ex rel. JESSICA PENELOW and CHRISTINE BRANCACCIO

v.

JANSSEN PRODUCTS, L.P.,
                              Appellant

(D.N.J. No. 3:12-cv-07758)

Present: HARDIMAN, RESTREPO, and PHIPPS, Circuit Judges

1. Appellant's Motion to File Overlength Reply Brief

2. Opposition by Appellees/Relators Jessica Penelow and Christine Brancaccio; Alternatively, Motion to File Sur-Reply Brief

3. Appellant's Reply and Opposition to Motion to File Sur-Reply Brief

                              Respectfully,
                              Clerk

_____ORDER_____

The appellant's motion is GRANTED as follows. Within seven days of this order, the appellant may file a reply brief containing up to 9500 words. The relators' motion to file a sur-reply brief is DENIED.

                              By the Court,

                              s/ *Thomas M. Hardiman*
                              Circuit Judge

Dated: October 23, 2025
Amr/cc: All counsel of record