## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1818

United States ex rel. Jessica Penelow, et al. vs. Janssen Products, LP

Calendar Date 3/20/2026          Location Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: David C. Frederick

Designation of Arguing Counsel: David C. Frederick

Member of the Bar:    ☑ Yes          ☐ No

Representing (check only one):

☐ Petitioner(s)          ☐ Appellant(s)          ☐ Intervenor(s)

☐ Respondent(s)          ☑ Appellee(s)          ☐ Amicus Curiae

Please list the name of the lead party being represented:

Jessica Penelow

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)