No. 25-1818

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

UNITED STATES OF AMERICA EX REL. JESSICA PENELOW
AND CHRISTINE BRANCACCIO, ET AL.,

*Plaintiffs-Appellees*,

AND

UNITED STATES OF AMERICA,

*Intervenor-Appellee*,

v.

JANSSEN PRODUCTS, LP,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the District of New Jersey, No. 3:12-cv-07758-ZNQ-JBD,
Hon. Zahid N. Quraishi

**RESPONSE TO COURT'S ORDER
REQUESTING SUPPLEMENTAL MATERIALS**

| | |
|---|---|
| Peter D. Marketos | David C. Frederick |
| Joshua M. Russ | Ariela M. Migdal |
| Andrew O. Wirmani | Kyle B. Grigel |
| Adam C. Sanderson | KELLOGG, HANSEN, TODD, |
| Whitney L. Wendel |    FIGEL & FREDERICK, P.L.L.C. |
| REESE MARKETOS LLP | 1615 M Street, N.W., Suite 400 |
| 750 N. St. Paul Street, Suite 600 | Washington, D.C. 20036 |
| Dallas, Texas 75201 | (202) 326-7900 |
| (214) 382-9810 | dfrederick@kellogghansen.com |
| pete.marketos@rm-firm.com | |

*Counsel for Appellees*

March 5, 2026

*(additional counsel listed on inside cover)*

Sherrie R. Savett
Joy P. Clairmont
Michael T. Fantini
William H. Ellerbe
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
ssavett@bergermontague.com
jclairmont@bergermontague.com
mfantini@bergermontague.com
wellerbe@bergermontague.com

*Counsel for Appellees*

On February 26, 2026, the Court entered an order stating that "the parties shall provide the Court with the exhibits discussed during the testimony of Israel Shaked, Anupam Jena, and Ian Dew." Dkt. 85.

Pursuant to that order, the parties have conferred and collected a list of such exhibits. *See* Ex. A. For ease of this Court's review, Plaintiffs-Appellees have prepared an external drive consolidating those exhibits, which they have transmitted to this Court under separate cover. *See* Ex. B. That external drive excludes only RX-1480, the Centers for Medicare and Medicaid Services (CMS) claims data and associated lookup tables and documentation produced in response to Janssen's July 10, 2018 subpoena to CMS. This Court has already received RX-1480, as well as information on its contents and accessibility, as confirmed by David Frederick's email of September 15, 2025 to Mr. Gregory Kane, Supervisor of Court Operations. *See* Dkt. 33 (filed on July 14, 2025).

Certain exhibits already appear in either the Joint Appendix or the Supplemental Appendix. Where that is the case, Plaintiffs-Appellees have noted both the trial exhibit citation and the citation to the relevant portion of the Joint Appendix or Supplemental Appendix. *See* Ex. A. To facilitate the Court's review, Plaintiffs-Appellees have duplicated those exhibits on the external drive provided.

Dated: March 5, 2026

Peter D. Marketos
Joshua M. Russ
Andrew O. Wirmani
Adam C. Sanderson
Whitney L. Wendel
REESE MARKETOS LLP
750 N. St. Paul Street, Suite 600
Dallas, Texas 75201
(214) 382-9810
pete.marketos@rm-firm.com
josh.russ@rm-firm.com
andrew.wirmani@rm-firm.com
adam.sanderson@rm-firm.com
whitney.wendel@rm-firm.com

Sherrie R. Savett
Joy P. Clairmont
Michael T. Fantini
William H. Ellerbe
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
ssavett@bergermontague.com
jclairmont@bergermontague.com
mfantini@bergermontague.com
wellerbe@bergermontague.com

Respectfully submitted,

/s/ *David C. Frederick*

David C. Frederick
Ariela M. Migdal
Kyle B. Grigel
KELLOGG, HANSEN, TODD,
    FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dfrederick@kellogghansen.com
amigdal@kellogghansen.com
kgrigel@kellogghansen.com

*Counsel for Appellees*

# CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 212 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font. As permitted by Federal Rule of Appellate Procedure 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

3.      In addition, pursuant to Third Circuit L.A.R. 31.1(c), the undersigned hereby certifies that a virus detection program (CrowdStrike) has been run on the electronic file, and that no virus was detected.

Dated: March 5, 2026                                           */s/ David C. Frederick*
                                                                                        David C. Frederick

## CERTIFICATE OF FILING AND SERVICE

The undersigned hereby certifies that, on March 5, 2026, I caused an electronic copy of the foregoing to be electronically filed with the United States Court of Appeals for the Third Circuit using the CM/ECF system, which automatically will send notification of such filing to counsel of record.

                                                  */s/ David C. Frederick*
                                                  David C. Frederick

## CERTIFICATE OF BAR MEMBERSHIP

Pursuant to Third Circuit L.A.R. 28.3(d) and 46.1, I, David C. Frederick, hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated: March 5, 2026                  /s/ David C. Frederick
                                       David C. Frederick