UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1818

UNITED STATES OF AMERICA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA; STATE OF LOUISIANA; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF MONTANA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OKLAHOMA; STATE OF RHODE ISLAND;STATE OF TENNESSEE; STATE OF TEXAS; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON; and DISTRICT OF COLUMBIA ex rel. JESSICA PENELOW and CHRISTINE BRANCACCIO

v.

JANSSEN PRODUCTS, L.P.,

Appellant

(U.S. District Court for the District of New Jersey No. 3:12-cv-07758)

PRESENT:   Matey, Freeman, and Chung, *Circuit Judges*

ORDER

The Court has determined that this case is appropriate for mediation.  Accordingly, the Honorable Mark R. Hornak, *District Judge for the U.S. District Court for the Western District of Pennsylvania*, is appointed to serve as special mediator pursuant to 3d Cir. L.A.R. 33.1.

By the Court,

s/ Paul B. Matey
Circuit Judge

Date: April 8, 2026

Amr/Cc: All counsel of record