**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

September 2, 2026

**Via CM/ECF**

Patricia S. Dodszuweit, Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: *United States ex rel. Penelow v. Janssen Products, L.P.*, No. 25-1818

Dear Ms. Dodszuweit:

I write to notify the panel of the attached decision of the Eleventh Circuit in *United States ex rel. Zafirov v. Florida Medical Associates, LLC*, __ F.4th __, 2026 WL 2581886 (11th Cir. Sept. 1, 2026), which joined every other circuit to have addressed the issue in holding that "[t]he qui tam provisions of the [False Claims Act] do not violate the Appointments Clause," *id.* at *7.

Sincerely,

*/s/ Daniel Winik*
Daniel Winik

cc: All counsel (via CM/ECF)